IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

POINT FIVE PACKAGING LLC,

         Petitioner

    v.

PAULA CUNNINGHAM

       Respondent

No. 23-cv-13818

AMENDED STATUS REPORT

Plaintiff submits this status report pursuant to the Court's November 2, 2023, order, Dkt. 7.

1. **Jurisdiction**. 28 U.S.C §1332 (Diversity). Plaintiff is an Illinois limited liability company with its principal place of business in Illinois. Plaintiff's sole member is a resident and citizen of the state of Illinois. Defendant is a resident and citizen of the state of Kentucky. The amount at issue exceeds $75,000.00.

2. **Nature of the Claims**. Plaintiff alleges that unknown persons fraudulently intercepted and monitored Plaintiff's email communications and, using information obtained from those communications, generated emails disguised as communications from a trusted vendor to request changes to outbound wire payment details. Plaintiff alleges that the disguised email communications were delivered to Plaintiff and induced Plaintiff to change its outbound wire payment details for three specific outbound wires totaling $200,967.01. Plaintiff alleges that the three outbound wires were deposited into Defendants account at Truist Bank. Plaintiff alleges that the funds deposited to Defendant's account at Truist Bank do not belong to Plaintiff, that Plaintiff has no business relationship with Defendant, and that Defendant has no legal right to keep the converted funds. Plaintiff has demanded the return of its funds. Defendant asserts that she no longer has the funds and claims to have forwarded them to a third party in the State of Minnesota. Plaintiff is exploring whether additional claims should be brought against the recipient in Minnesota and whether the funds have been forwarded to any other parties. The existing complaint alleges Count I: Conversion. Count II: Unjust Enrichment.

3. **Service**. Defendant was served on September 28, 2023, and has not filed an appearance or response to the Complaint.

4. **Discovery**. Plaintiff requires discovery from each third party and bank to whom the Plaintiff's funds were allegedly transferred. Plaintiff issued a subpoena to Truist Bank for records. Defendant Cunningham provided her written authorization for access to the records. Truist responded to the subpoena with documents and objections. Plaintiff will confer with Truist's counsel regarding the objections. Plaintiff's counsel was recently contacted by an attorney in Minnesota who represents that he is counsel for the third party in Minnesota.

5. **Settlement**. No settlement discussions have occurred.

Dated: November 14, 2023

s/ Grant Blumenthal
Blumenthal Law Group PC
161 N. Clark Street, Suite 1700
Chicago, Illinois 60601
(312) 981-5055
gblumenthal@blumenthal-law.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 14, 2023, the foregoing Status Report was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send electronic notification of such filing to all registered participants in the case.   I further certify that I caused a copy of the report to be sent via email to the following persons who have not yet appeared in the case:

> Paula Cunningham
> 714 Lydgate Cove
> Louisville, Kentucky 40222
> pjcunningham714@gmail.com

s/ Grant Blumenthal