# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Point Five Packaging LLC
                Plaintiff

CASE NUMBER: 23-cv-13818

V.

ASSIGNED JUDGE: Jorge L. Alonso

Paula Cunningham and Sandra Rae Kasma
                Defendants

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

Sandra Rae Kasma
4495 Lake Ave. S, Apt 301
White Bear Lake MN 5510

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Grant Blumenthal
Blumenthal Law Group PC
161 N. Clark Street, Suite 1700
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

November 27, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Civil Action No.  **1:23-CV-13818**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sandra Rae Kasma**
was recieved by me on  **11/27/2023:**

[X]  I personally served the summons on the individual at **4495 Lake Ave S, Apt 301, Saint Paul, MN 55110** on **11/27/2023 at 1:08 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  11/27/2023

*Server's signature*

**Laura Guyton**
*Printed name and title*

**7625 Portland Ave S**
**Richfield, MN 55423**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Sandra Rae Kasma with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  she is driving a car license plate 762xjy l Toyota Camry new model**




Tracking #: **0118868384**